**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher**

Civil Action No. 26-cv-03106-GPG

MONICA CASALLAS MENDOZA,

Petitioner,

v.

GEORGE VALDEZ,
*acting Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs Enforcement, in his official capacity,*
MARKWAYNE MULLIN,
*Secretary, Department of Homeland Security, in his official capacity,*
TODD BLANCHE,
*Acting U.S. Attorney General, in his official capacity,*
JUAN BALTAZAR,
*Warden of the Denver Contract Facility, in his official capacity,* and
DAVID J VENTURELLA,
*Acting Director of Immigration and Customs Enforcement, in his official capacity,*

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 11] entered on July 17, 2026, by United States District Judge Gordon P. Gallagher, and supplemented by Status Report [D. 12] by Respondents, it is

ORDERED that Respondents have complied with the Order [D. 11] and Petitioner was granted bond in the amount of $3,000. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 5th day of August 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By: s/D. Clement
Deputy Clerk